UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

REX T. WOODS, individually and in behalf of all other persons similarly situated,

            Plaintiff,

–against–

RED CARPET MANAGEMENT LLC and IRA NEUBERG, jointly and severally,

           Defendants.

17 CV 4311 (JS) (ARL)

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil procedure, the defendants RED CARPET MANAGEMENT LLC and IRA NEUBERG offer to allow the plaintiff REX T. WOODS to enter judgment against them, jointly and severally, in the amount of $24,000.00, inclusive of attorney's fees and other costs.

GLASSBERG & ASSOCIATES, LLC

By: _____
Steven H. Glassberg (SG2480)
steveglassberg@glassbergassociates.com
421 7TH AVE STE 800
NEW YORK, NY  10001-2002
Telephone: (212) 608-6726
Facsimile: (646) 349-1977
**ATTORNEYS FOR DEFENDANTS**

Dated: New York, New York
       January 2, 2018

1