UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

REX T. WOODS, individually and in behalf of all other persons similarly situated,

Plaintiff,

–against–

RED CARPET MANAGEMENT LLC and IRA NEUBERG, jointly and severally,

Defendants.

17 CV 4311 (JS) (ARL)

### JUDGMENT

Seybert, D.J.

Upon the notice of acceptance of the offer of judgment, it is **ordered, adjudged, and decreed—**

The plaintiff does recover of the defendants, jointly and severally, $24,000.00, plus postjudgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor; and

Pursuant to sections 198(4) and 663(4) of the New York Labor Law, if any such amounts of this judgment remain unpaid upon the expiration of ninety days following issuance of this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent.

**So ordered.**

Dated: Central Islip, New York

_____
Joanna Seybert,
United States District Judge